PROB 34
(Rev. 5/01)

**Report and Order Terminating Probation**

# UNITED STATES DISTRICT COURT

FOR THE

*District of Guam*

**FILED
DISTRICT COURT OF GUAM
FEB -9 2007
MARY L.M. MORAN
CLERK OF COURT**

UNITED STATES OF AMERICA

v.

MEOUNG SANG YANG

CRIMINAL CASE NO. 97-00156-002

It appearing that the above named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **February 5, 2007**, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

**RECEIVED
FEB - 8 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM**

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon V. Johnson, AUSA
Pete Perez, Defense Counsel
File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this _____ day of February, 2007.

_____
FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District of Guam

**ORIGINAL**